# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> The January 8, 2025 bail modification order is VACATED.
>
> Date: 01/10/2025
> New York, NY
>
> SO ORDERED
>
> /s/ Robyn F. Tarnofsky
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Re: **United States v. Valkar Singh**
    24-MJ-4316 (UA)

Dear Judge Tarnofsky:

I write to request that the Court vacate its January 8 order modifying Mr. Singh's bail conditions, and reinstate the original bond conditions imposed at presentment.

On January 8, 2025, the Court modified Mr. Singh's bail conditions to permit him to reside at an address in the Western District of New York, provided that his mother co-sign his bond for moral suasion. The government appealed that order to the Part I judge on January 9, 2025.

Mr. Singh has since informed me that the bail modification is no longer necessary, since he and his family are exploring housing options in the Districts in which he was authorized to reside at the presentment (SDNY/EDNY/DNJ), which he will present to Pretrial Services for approval in accordance with the original bond conditions. Judge Cronan, the sitting Part I judge, is aware that I am requesting this Court to vacate its January 8 order on consent, which would obviate the need for an appeal. Judge Cronan has cancelled a scheduled hearing on the appeal.

It is therefore requested that the Court vacate its January 8 bail modification order and reinstate the original bond conditions.

Sincerely,

/s/ Michael Arthus

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by email): AUSAs Justin Horton and William Kinder