UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| Government, | 24 mj 04316 UA-1 (RFT) |
| -against- | |
| VALKAR SINGH, | **ORDER** |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Mr. Singh's application to change the terms of his bond is GRANTED IN PART, in that he is permitted to travel to Ontario, Canada for the period from June 19, 2025 to July 5, 2025 to attend the wedding of his daughter and permitted to relocate to Rochester, NY, to a location to be approved by PTS; he may not change his residence in Rochester without prior approval of PTS, and once he moves to Rochester, NY, his travel is restricted to the SDNY/EDNY/WDNY.

Mr. Singh's application to change the terms of his bond is DENIED IN PART, in that he shall remain on home detention with location monitoring as directed by PTS.

The Clerk of Court is respectfully requested to terminate ECF 23.

DATED: June 10, 2025
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge